UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20548-Altonaga

UNITED STATES OF AMERICA

vs.

MANUEL FELIPE CORDON-LEMUS,

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, MANUEL FELIPE CORDON-LEMUS, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that between January 2010 to about August 2019, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America or Mexico, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. More specifically, as part of the conspiracy during those years, the Defendant invested in and acted as a broker for loads of cocaine that were brought by boats and shipping containers to the shores and ports of Guatemala. The Defendant would attend meetings and engage in electronic communications to coordinate the shipments and their receipt in Guatemala.

The co-conspirators, including the Defendant, were all aware that this cocaine would continue moving north once it arrived in Central America, with the understanding that a portion, at least 5 kilograms, would then move further

1

into the U.S. Co-conspirator testimony and corroborating evidence would show that the Defendant trafficked in at least 1,000 kilograms of cocaine during the charged period.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 7.11.22            By: _____
                              WALTER M. NORKIN
                              ASSISTANT U.S. ATTORNEY

Date: 7-11-22            By: _____
                              NEIL SCHUSTER, ESQ.
                              ATTORNEY FOR DEFENDANT

Date: 7-11-22            By: _____
                              MANUEL FELIPE CORDON-LEMUS
                              DEFENDANT